```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :    INDICTMENT
                                   :
ALEJANDRO COSTALES CASTILLO,       :    07 Cr.
                                   :
             Defendant.            :
                                   :
- - - - - - - - - - - - - - - - - x
```

*JUDGE SWAIN*

**07 CRIM. 444**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 31 2007

COUNT ONE

The Grand Jury charges:

1. From at least in or about April 2007, up to and including on or about May 19, 2007, in the Southern District of New York and elsewhere, ALEJANDRO COSTALES CASTILLO, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ALEJANDRO COSTALES CASTILLO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

3. It was further a part and an object of the conspiracy that ALEJANDRO COSTALES CASTILLO, the defendant, and

others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B).

### Overt Acts

4. In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. In or about late April 2007 or early May 2007, ALEJANDRO COSTALES CASTILLO, the defendant, traveled to New York, New York to conduct a narcotics transaction.

(Title 21, United States Code, Section 846.)

_____       _____
FOREPERSON                                    MICHAEL J. GARCIA
                                                     United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

ALEJANDRO COSTALES CASTILLO,

Defendant.

---

**INDICTMENT**

07 Cr. _____

(Title 21, United States Code,
Section 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

5-21-07 Filed Indictment. Case assigned to Judge Swain.

Pitman
U.S.M.J.