```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :
                                  :          WAIVER OF INDICTMENT
ALEJANDRO COSTALES CASTILLO,      :
                                  :          ~~06~~ Cr. 444 (LTS)
        Defendant.                :          S1 07
                                  :
- - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
ALEJANDRO COSTALES CASTILLO

_____
David Patton, Esq.
Attorney for Alejandro Costales Castillo

Witness: _____

Date:   New York, New York
        June 14, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 4 2007